IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Scott L. Mielentz, | : | Chapter 7 |
| | : | |
| Debtor. | : | Bankruptcy No. 16-14111amc |
| | : | |
| | : | |

## PRAECIPE TO CHANGE ADDRESS

To the Clerk:

Please be advised that the correct street and mailing address for the above Debtor is:

2660 Princeton Pike, Lawrenceville, NJ    08648

Please change your records accordingly.

                            /s/   Patricia M. Mayer
                            Patricia M. Mayer, Esquire
                            BELKNAP & MAYER, P.C.
                            301 Oxford Valley Road, Suite 203B
                            Yardley, PA 19067
                            (215)493-4300
                            Attorney for Debtor

Dated:   February 15, 2018